```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

HARVEY RUBIN, on behalf of himself
And all others similarly situated,

              Plaintiff,        05-CIV-00244 (WCC)(MDF)

      -against-

A & S COLLECTION ASSOCIATES, INC.    **RULE 7.1 DISCLOSURE**


              Defendant.

- - - - - - - - - - - - - - - - - X
```

       Defendant, A & S COLLECTION ASSOCIATES, INC., by its attorney, Arthur Sanders, alleges that the defendant has no publicly traded parent companies.

```
Dated:  Spring Valley, NY
        February 2, 2005


                                /S/_____
                                ARTHUR SANDERS, ESQ. (AS1210)
                                Attorney for defendant
                                2 Perlman Drive – Suite 301
                                Spring Valley NY 10977-5230
                                845-352-7272
```

CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2005 the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and or the Southern District's Rules On Electronic Service upon the following parties and participants:

    Katz & Kleinman, PLLC

    /S/_____